

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00125-CV

IN RE KATHLEEN DICKERSON                    RELATOR

-----------

## ORIGINAL PROCEEDING

-----------

## MEMORANDUM OPINION[1]

-----------

The court has considered relator's petition for writ of mandamus and motion for temporary relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for temporary relief are denied.

PER CURIAM

PANEL: MEIER, DAUPHINOT, and MCCOY, JJ.

DELIVERED: April 3, 2012

---

[1]See Tex. R. App. P. 47.4, 52.8(d).